DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $12,900.00 IN UNITED STATES CURRENCY, ) <br> ) <br> Defendant. ) | 3:12-CV-582-RCJ-(WGC) |

**DEFAULT JUDGMENT OF FORFEITURE**

The United States filed a verified Complaint for Forfeiture in Rem on October 31, 2012. Complaint, ECF No. 1.  The Complaint alleges the $12,900.00 in United States Currency:

    a.    was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

    b.    is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

    c.    was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

On November 21, 2012, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice (ECF No. 3) and issued the Summons and Warrant of Arrest in Rem (ECF No. 4).

Pursuant to the Order (ECF No. 3), the Complaint (ECF No. 1), the Order (ECF No. 3), the Summons and Warrant (ECF No. 4), and the Notice of Complaint for Forfeiture (ECF No. 6, p. 62-63) were served on the $12,900.00 in United States Currency, and the Notice was published according to law. Notice of Filing Proof of Publication, ECF No. 5.  All persons interested in the $12,900.00 in United States Currency were required to file their claims with the Clerk of the Court within 30 days of the publication of the Notice or within 35 days of actual notice of this action, as applicable, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. Complaint, ECF No. 1; Order, ECF No. 3; Summons and Warrant, ECF No. 4; Notice of Complaint for Forfeiture, ECF No. 6, p. 62-63; Notice of Filing Proof of Publication, ECF No. 5; Notice of Filing Service of Process, ECF No. 6, p.61-73.

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from November 28, 2012, through December 27, 2012. Notice of Filing Proof of Publication, ECF No. 5.

On January 2, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice by executing them on the $12,900.00 in United States Currency. Notice of Filing Service of Process, ECF No. 6, p. 61-73.

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Scott Paul Possin by certified return receipt mail. Notice of Filing Service of Process, ECF No. 6, p. 3-17.

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Scott Paul Possin by regular mail. Notice of Filing Service of Process, ECF No. 6, p. 33-46.

. . .

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Scott Paul Possin by and through Jennifer E. Speas, his counsel, by certified return receipt mail. Notice of Filing Service of Process, ECF No. 6, p. 18-32.

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Scott Paul Possin by and through Jennifer E. Speas, his counsel, by regular mail. Notice of Filing Service of Process, ECF No. 6, p. 47-60.

On March 5, 2013, the United States filed a Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to Scott Paul Possin, and Order (ECF No. 7), regarding the $12,900.00 in United States Currency.  Claimant waived, among other things, service of process.

On March 13, 2013, the Court entered the Order granting the Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to Scott Paul Possin where Scott Paul Possin agreed to the forfeiture of the $12,900.00 in United States Currency. (ECF No. 8).

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

On March 15, 2013, the United States filed a Request for Entry of Default against the $12,900.00 in United States Currency, Scott Paul Possin, and all persons or entities who claim an interest in the $12,900.00 in United States Currency in the above-entitled action. Request for Entry of Default, ECF No. 9.

SCOTT PAUL POSSIN is not in the military service within the purview of the Servicemembers Civil Relief Act. Notice of Filing Service of Process, ECF No. 9, Exhibit 1.

On March 18, 2013, the Clerk of the Court entered a Default against the $12,900.00 in United States Currency, Scott Paul Possin, and all persons or entities who claim an interest in the $12,900.00 in United States Currency in the above-entitled action. Default, ECF No. 10.

. . .

1  The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against the $12,900.00 in United States Currency, Scott Paul Possin, and all persons or entities who claim an interest in the $12,900.00 in United States Currency in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the $12,900.00 in United States Currency.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 5, 2013